

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00163-CV**

**IN RE IRENE M. CARGILL AND WELLS FARGO, N.A.,**
**AS THE CO-TRUSTEES FOR THE HOWARD W. CARGILL**
**FAMILY TRUST, C6 ROCKIN' A FAMILY LP,**
**MOSSY AND MUDDY MINERALS FAMILY LP,**
**K.C. DAVISON FAMILY LP, AND S.C.R. FAMILY LP**

**Original Proceeding**

## MEMORANDUM OPINION

Relators' petition for writ of mandamus is denied.[1]

AL SCOGGINS
Justice

---

[1] In light of our disposition, we dismiss relators' motion for emergency stay as moot.

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed May 26, 2016
[OT06]

